# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN LEE DAY**
**ADC #172071**                                                                                                              **PLAINTIFF**

**V.**                          **CASE NO.  4:22-cv-00530 JM**

**JANA PINKSTON,** *ET AL.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE